NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Bursor & Fisher, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

CLEAR FORM

ATTORNEY(S) FOR:  Plaintiff Melissa Jacobs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MELISSA JACOBS, individually and on behalf of all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:26-cv-1365 |
| v. | |
| NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff Melissa Jacobs

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Melissa Jacobs | 1. Plaintiff |
| 2. Niagen Bioscience, Inc. | 2. Defendant |
| 3. ChromaDex, Inc. | 3. Defendant |

| May 28, 2026 | /s/ L. Timothy Fisher |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Melissa Jacobs