| Attorney or Party without Attorney:<br>L.Timothy Fisher (SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>Telephone No:   (925) 300-4455<br><br>Attorney For:   Plaintiff | **For Court Use Only** |
|---|---|
| *Ref. No. or File No.:*<br>4345 Tru Niagen NAD+ | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |

| *Plaintiff:* | MELISSA JACOBS, individually and on behalf of all others similarly situated |
|---|---|
| *Defendant:* | NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:26-cv-01365 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL STANDING ORDER; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM

3.  *a.*   Party served:     CHROMADEX, INC.
    *b.*   Person served:   Jeff Kurtz, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS.

4.  *Address where the party was served:*   555 Capitol Mall Suite 1150, Sacramento, CA 95814

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 10 2026 (2) at: 01:30 PM

6.  **Person Who Served Papers:**
    a. Tori Williams (2025-018)                                   d. *The Fee* for Service was:   103.07
    b. FIRST LEGAL
       1939 HARRISON STREET, SUITE 818
       OAKLAND, CA 94612
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/10/2026
*(Date)*                                                          *(Signature)*



PROOF OF
SERVICE

*16083245*
*(6327110)*