| Attorney or Party without Attorney:<br>L.Timothy Fisher (SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>Telephone No:  (925) 300-4455<br><br>Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4345 Tru Niagen NAD+ | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**Plaintiff:** MELISSA JACOBS, individually and on behalf of all others similarly situated

**Defendant:** NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:26-cv-01365 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL STANDING ORDER

3. *a.* *Party served:*  NIAGEN BIOSCIENCE, INC.
   *b.* *Person served:*  Jeff Kurtz authorized employee for 1505 Corporation, Agent for Service of Process.  authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*  555 Capitol Mall Suite 1150, Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jun 12 2026 (2) at: 08:55 AM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)
   b. **FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. *The Fee* for Service was:  $209.51

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/12/2026
*(Date)*

*N. graddy*
*(Signature)*



PROOF OF
SERVICE

16121960
(6328568)