L. TIMOTHY FISHER (SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff*
*Melissa Jacobs*

CHELSEA V. SAMUELS (SBN 315257)
csamuels@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:    (310) 284-5601
Facsimile:    (310) 284-2193

*Attorneys for Defendants,*
*NIAGEN BIOSCIENCE, INC. and*
*CHROMADEX, INC.*

*Additional counsel listed on signature page.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JACOBS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>       vs.<br><br>NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.,<br><br>                              Defendants. | Case No. 8:26-cv-1365-FWS-KES<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: June 10, 2026<br>Current response date: July 1, 2026<br>New response date: August 18, 2026 |

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiff Melissa Jacobs ("Plaintiff") and Defendants Niagen Bioscience, Inc. and ChromaDex, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Central District of California Local Rule 8-3, the parties consent to an extension of Defendants' deadline to answer, move, or otherwise respond to the Complaint, which was served on June 10, 2026, from July 1, 2026 to **August 18, 2026**.

2.    This is the first stipulation extending Defendants' time to respond; the cumulative extension is forty-eight (48) days and exceeds thirty (30) days, so court approval is required under L.R. 8-3.

3.    The parties stipulate that good cause exists for the requested extension because Defendants have recently retained counsel who require additional time to investigate the allegations and potential responsive pleadings.

4.    Nothing in this Stipulation shall be construed as a waiver of any party's rights, defenses, or obligations, including without limitation defenses under Federal Rule of Civil Procedure 12.

5.    The requested extension will not prejudice any party.

IT IS SO STIPULATED.

1

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL
COMPLAINT

Dated: June 23, 2026                    By:    /s/ Chelsea V. Samuels
                                               Chelsea V. Samuels

**PROSKAUER ROSE LLP**
CHELSEA V. SAMUELS (SBN 315257)
csamuels@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:    (310) 284-5601
Facsimile:    (310) 284-2193

BALDASSARE VINTI (*pro hac vice* forthcoming)
bvinti@proskauer.com
JEFFREY H. WARSHAFSKY (*pro hac vice* forthcoming)
jwarshafsky@proskauer.com
Q. JENNIFER YANG (*pro hac vice* forthcoming)
jyang@proskauer.com
Eleven Times Square
New York, New York 10036
Telephone:    (212) 969-3249
Facsimile:    (212) 969-2900

*Attorneys for Defendants NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.*


By:    /s/ L. Timothy Fisher
       L. Timothy Fisher

**BURSOR & FISHER, P.A.**

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail:  ltfisher@bursor.com
         lsironski@bursor.com


**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail:  greg@sinderbrandlaw.com

*Attorneys for Plaintiff Melissa Jacobs*

2

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT

**Filer's Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 23, 2026                          By:    */s/ Chelsea V. Samuels*
                                                     Chelsea V. Samuels

3

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT