# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JACOBS, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> vs.<br><br>NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.,<br><br>       Defendants. | Case No. 8:26-cv-1365-FWS-KES<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: June 10, 2026<br>Current response date: July 1, 2026<br>New response date: August 18, 2026 |

On June 23, 2026, the Parties filed a Stipulation to Extend Defendants' Time to Respond to Complaint (ECF No. 12).

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to answer, move, or otherwise respond to the Complaint shall be extended to and including **August 18, 2026**.

IT IS SO ORDERED.

Dated: June __, 2026

             _____
             FRANK W. SLAUGHTER
             UNITED STATES DISTRICT JUDGE

[PROPOSED] STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT