**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JACOBS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC., <br><br> Defendants. | Case No. 8:26-cv-1365-FWS-KES <br><br> **ORDER RE STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT [12]** <br><br> Hon. Fred W. Slaughter |

///

///

///

1

Having reviewed and considered Stipulation to Extend Defendants' Time to Respond to Initial Complaint [12] ("Stipulation"), between Plaintiff ("Plaintiff") Melissa Jacobs, and Defendant Niagen Bioscience, Inc. and Defendant ChromaDex, Inc. (together, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer or otherwise respond to the Plaintiffs' Complaint in the above-captioned case is **EXTENDED** to **August 18, 2026**.

**IT IS SO ORDERED**.

Dated:  June 24, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2