**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA JACOBS, Individually and on Behalf of Others Similarly Situated, Plaintiff,<br>v.<br>NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.,<br>Defendants. | Case No. 8:26-cv-01365-FWS-KES<br>The Honorable Fred W. Slaughter<br>**CLASS ACTION**<br>**ORDER RE PLAINTIFFS' STIPULATION TO CONSOLIDATE AND APPOINT INTERIM COUNSEL PURSUANT TO FED. R. CIV. P. 23(G) [14]** |
| CARYN HART, CLARE ERSLEV, and ANISE IVEY, individually, and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC.,<br>Defendants. | Case No. 2:26-cv-06647-FWS-KES |

///

///

///

Having reviewed and considered Plaintiffs' Stipulation to Consolidate and Appoint Interim Counsel Pursuant to Fed. R. Civ. P. 23(G) [14] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. The case *Caryn Hart, et al. v. Niagen Bioscience, Inc., et al.*, Case No. 2:26-cv 06647-FWS-KES, is **CONSOLIDATED** for all purposes with the above-captioned case *Melissa Jacobs v. Niagen Bioscience, Inc., et al.*, Case No. 8:26-cv-01365-FWS KES, pursuant to Federal Rule of Civil Procedure 42, with **all further filings to be made under Case No. 8:26-cv-01365-FWS KES**;
2. Plaintiffs shall file an amended consolidated complaint on or before **August 14, 2026**;
3. Defendants shall move, answer, or otherwise respond to the consolidated complaint on or before **September 15, 2026**;
4. If Defendants file a motion to dismiss, Plaintiffs shall file their opposition on or before **October 15, 2026**, and Defendants shall file their reply on or before **October 30, 2026**.
5. The clerk is **DIRECTED** to administratively **CLOSE** *Caryn Hart, et al. v. Niagen Bioscience, Inc., et al.*, Case No. 2:26-cv 06647-FWS-KES.
6. The court finds that Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), Bursor & Fisher, P.A. ("Bursor & Fisher"), and Sinderbrand Law Group, P.C. ("Sinderbrand") meet the requirements set forth by Fed. R. Civ. P. 23(g) for the limited purpose of appointment of interim class counsel. Kaplan Fox, Bursor & Fisher, and Sinderbrand are appointed co-lead interim class counsel pursuant to Fed. R. Civ. P. 23(g)(3).
7. Nothing in this Order shall be construed as a finding that the appointed interim class counsel is adequate for class certification purposes under Fed.

R. Civ. P. 23(g), or affect Defendants' ability to object to class certification on all grounds, including based on adequacy of proposed class counsel.

**IT IS SO ORDERED**.

Dated: July 17, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE